# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,[1]<br><br>　　　　　Reorganized Debtors.<br><br>Heather L. Barlow as Trustee of the MALLINCKRODT GENERAL UNSECURED CLAIMS TRUST,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MAXCARE LLC d/b/a MAXCARE RX,<br><br>　　　　　Defendant. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br>(Jointly Administered)<br><br><br><br><br>Adv. Proc. No. 22-50429 (JTD) |

## STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Heather L. Barlow as Trustee of the Mallinckrodt General Unsecured Claims Trust ("Plaintiff") and MAXCARE LLC d/b/a MAXCARE RX ("Defendant"), that this entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 7041, with each party to bear its own costs, attorneys' fees, and expenses.

This stipulation may be executed in one or more separate counterparts, each of which, when so executed, shall be deemed to be an original. Digital and/or physical copies of said counterparts shall be effective as originals for all purposes.

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

DOCS_LA:346793.1 54469/001

Dated: January 5, 2023

| PACHULSKI STANG ZIEHL & JONES LLP | SULLIVAN·HAZELTINE ALLINSON LLC |
|---|---|
| */s/ James E. O'Neill* | */s/ William A. Hazeltine* |

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Jason S. Pomerantz (CA Bar No. 157216)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
          joneill@pszjlaw.com
          jspomerantz@pszjlaw.com

*Counsel to Plaintiff, Heather L. Barlow as Trustee of the Mallinckrodt General Unsecured Claims Trust*

SULLIVAN·HAZELTINE ALLINSON LLC

*/s/ William A. Hazeltine*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
bsullivan@sha-llc.com
whazeltine@sha-llc.com

-and-

CONNER & WINTERS, LLP
Timothy T. Trump, OBA #10684
4100 First Place Tower
15 E. 5th Street
Tulsa, OK 74103
918 / 586-8513
ttrump@cwlaw.com

*Counsel to Defendant*